UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ANNE PETERS ) | |
| ) | CASE NO. A13-64673-MGD |
| ) | |
| DEBTOR(S) ) | |

## NOTICE OF INTENT TO PAY LATE-FILED CLAIM

Comes now, Mary Ida Townson, Chapter 13 Trustee, in the above styled case and files herewith her **NOTICE OF INTENT TO PAY LATE-FILED CLAIM**. The following proof of claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 case.

| Name and Address of Creditor | Claim Amount | Classification |
|---|---|---|
| WELLS FARGO BANK NA<br>ATTN: PYMT PROC MAC X2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 | $28,969.05<br><br>PLUS INTEREST @ 0.00 | MORTGAGE ARREARAGES |

**Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an objection to claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of this notice.  The allowance of this claim does not affect the right of the Debtor(s) or Debtor(s)' attorney to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.**

/S/
MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
191 PEACHTREE STREET, SUITE 2200
ATLANTA, GA  30303
(404) 525-1110

## CERTIFICATE OF SERVICE

A13-64673-MGD

This is to Certify that I have this day served

    ANNE PETERS
    135 BLUE HERON LANE
    ALPHARETTA, GA  30009

    MEDLEY & ASSOCIATES, LLC
    2839 PACES FERRY RD
    SUITE 850
    ATLANTA, GA  30339

    RICHARD H. SIEGEL
    WELLS FARGO BANK NA
    ATTN: PYMT PROC MAC X2302-04C
    ONE HOME CAMPUS
    DES MOINES, IA  50328

with a copy of the foregoing Notice of Intent to Pay Late-Filed Claim by depositing in the

United States Mail a copy of same in a properly addressed envelope with adequate postage

thereon.

DATED: 6/12/2014

                                                /S/
                                 _____
                                 MARY IDA TOWNSON, TRUSTEE
                                 191 PEACHTREE STREET, SUITE 2200
                                 ATLANTA, GA  30303
                                 (404) 525-1110