**IT IS ORDERED as set forth below:**



**Date: May 6, 2015**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 13-64673 |
| | : | |
| ANNE PETERS, | : | CHAPTER: 13 |
| *aka* ANNE E. WATKINS, | : | |
| *aka* ANNE E. PETERS, | : | JUDGE: MARY GRACE DIEHL |
| Debtor(s). | : | |
| _____ | : | |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| ANNE PETERS, | : | CONTESTED MATTER |
| *aka* ANNE E. WATKINS, | : | |
| *aka* ANNE E. PETERS, | : | |
| ANDRE WATKINS, | : | |
| MARY IDA TOWNSON, Trustee, | : | |
| Respondent(s). | : | |
| _____ | : | |

<u>ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY</u> (#48)

The above styled Motions were called for a hearing on April 29, 2015, upon Notice of

Assignment of Hearing to each of the above-captioned parties in interest. There was no

opposition to the Motions and Movant asserts that the parties were properly served. Accordingly;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay and the 11 U.S.C. § 1301 co-debtor stay are lifted for Movant herein, its successors and assigns, regarding the real property commonly known as 230 Blue Heron Lane, Alpharetta, GA 30009.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ Richard H. Siegel            .
Richard H. Siegel, GA Bar No.: 645825
Attorney for Movant
Aldridge Connors, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7507
Fax: (888) 873-6147
Email: rsiegel@aclawllp.com

(signatures continued)

NO OPPOSITION:

<u>/s/ Albert C. Guthrie, by Richard H. Siegel, with express permission</u>
Albert C. Guthrie, GA Bar No.: 142399
Attorney for Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303-1740
Phone: (404) 525-1110

DISTRIBUTION LIST

Anne Peters
135 Blue Heron Lane
Alpharetta, GA 30009

Andre Watkins
230 Blue Heron Lane
Alpharetta, GA 30009

Andre Watkins
135 Blue Heron Lane
Alpharetta, GA 30009

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street NE, Suite 2200
Atlanta, GA 30303-1740

Leonard R. Medley, III
Medley & Associates, LLC
Suite 1770 - Bldg. 2
2727 Paces Ferry Road
Atlanta, GA 30339