UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 113-64673 |
| | ) | |
| ANNE PETERS | ) | |
| | ) | |
| Debtor. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| ANNE PETERS | ) | |
| | ) | |
| | ) | |
| Movants, | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| | ) | |
| Respondent. | ) | |

## **MOTION TO APPROVE LOAN MODIFICATION**

COMES NOW Movant and shows the Court the following:

1.

This is a Motion to allow parties to enter into a loan modification. Movant seeks an Order approving the loan modification to which parties have agreed.

2.

Movant is services a loan on a property known as 230 Blue Heron Lane , Alpharetta, Ga, 30009. ("Property")

3.

On or about December 4, 2015 the parties agreed to modify the loan . A copy of said agreement is attached. Said loan modification will have a new principal balance of $142,438.42 with a fixed

interest rate of 3.75% until maturity on January 1, 2046. The initial estimated monthly payment shall

be $659.65.

4.

The parties believe that this Agreement is in the Debtor's best interest, and Movant seeks an

Order approving the modification, including, but not limited to, the execution and recording of the

finalized loan modification agreement and any other related documents.

5.

Upon approval, the Chapter 13 Trustee may cease continued funding of Movant's prepetition claim, if any, and Movant may amend its claim accordingly. Movant will also promptly refund any overpayment on the prepetition arrearages pad after the effective date of the loan modification to the Trustee.

WHEREFORE, Movant prays

1. That this Motion be granted so as to permit the Movant and Debtor(s) to enter into the loan modification agreement previously described and attached to this Motion;

2. That the Movant, at its option, be permitted to contact the Debtor(s) via telephone or written correspondence regarding this modification and/or any other potential loan workout or loss mitigation agreement;

3. For such other and further relief that is just and proper. .

This 17th day of June 2016.

By Counsel for the Movant:

   /S/ Leonard R. Medley, III
Leonard R. Medley III, Esq.
Ga. Bar No. 500685
Attorney for the Movants

*Medley & Associates, LLC*
Suite 1450 - Bldg. 2
2727 Paces Ferry Road
Atlanta, GA 30339

# **EXHIBIT A**

This Document Prepared By:
PHYLICIA CLYBURN
WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD, MAC# X7801-03K
FORT MILL, SC 29715
(800) 416-1472

When Recorded Mail To:
FIRST AMERICAN TITLE
ATTN: LMTS
P.O. BOX 27670
SANTA ANA, CA 92799-7670

Tax/Parcel #: 22 514912560707

_____ [Space Above This Line for Recording Data] _____

| | |
|---|---|
| Original Principal Amount: $128,803.00 | FHA/VA Loan No. ▉▉▉▉▉ |
| Unpaid Principal Amount: $142,908.28 | FHA Case No.:703 105-3664736 |
| New Principal Amount $142,438.42 | Loan No: (scan barcode) |
| Total Cap Amount: $0.00 | |

# LOAN MODIFICATION AGREEMENT (SECURITY DEED)
(Providing for Fixed Rate)

This Loan Modification Agreement ("Agreement"), made this **4TH** day of **DECEMBER, 2015**, between **ANDRE WATKINS AND ANNE E PETERS** ("Borrower"), whose address is **230 BLUE HERON LANE, ALPHARETTA, GEORGIA 30009** and **WELLS FARGO BANK, N.A.** ("Lender"), whose address is **3476 STATEVIEW BLVD, MAC# X7801-03K, FORT MILL, SC 29715** amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated **JUNE 11, 2008** and recorded on **JUNE 27, 2008** in BOOK **46913** PAGE **638**, FULTON COUNTY, GEORGIA, and (2) the Note, in the original principal amount of U.S. **$128,803.00**, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property," located at
**230 BLUE HERON LANE, ALPHARETTA, GEORGIA 30009**

the real property described is located in **FULTON COUNTY, GEORGIA** and being set forth as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

Wells Fargo Custom FHA HAMP Loan Modification Agreement
10262015_258
First American Mortgage Solutions                    Page 1                    708

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. Borrower agrees that certain amounts owed will not be capitalized, waived, or addressed as part of this Agreement, and will remain owed until paid. These amounts owed are referenced in the Cover Letter to this Agreement, which is incorporated herein, and are to be paid with the return of this executed Agreement. If these amounts owed are not paid with the return of this executed Agreement, then Lender may deem this Agreement void.

   A. As of, **JANUARY 1, 2016** the modified principal balance of my Note will include amounts and arrearages that will be past due as of the Modification Effective Date (including unpaid and deferred interest, fees, escrow advances and other costs, but excluding unpaid late charges, valuation, property preservation, and other charges not permitted under the terms of the HAMP modification, collectively, "Unpaid Amounts") in the amount of **$11,646.70**, less any amounts paid to the Lender but not previously credited to my Loan. The new principal balance of my Note will be **$142,438.42** (the "New Principal Balance"). I understand that by agreeing to add the Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under this Agreement. I also understand that this means interest will now accrue on the unpaid Interest that is added to the outstanding principal balance, which would not happen without this Agreement.

   B. With the Modification you will have a total partial claim due of **$42,991.08**, which includes **$11,415.55** that has been reduced from the Unpaid Principal Balance to reach the New Principal Balance above. This agreement is conditional on the proper execution and recording of this HUD Partial Claim.

2. Borrower promises to pay the New Principal Balance, plus interest, to the order of Lender. Interest will be charged on the New Principal Balance at the yearly rate of **3.7500%**, from **JANUARY 1, 2016**. The Borrower promises to make monthly payments of principal and interest of U.S. **$659.65**, beginning on the **1ST** day of **FEBRUARY, 2016**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on **JANUARY 1, 2046** (the "Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in the Borrower is sold or transferred and the Borrower is not a natural person) without the Lender's prior written consent, the Lender may require immediate payment in full of all sums secured by this Security Instrument.

   If the Lender exercises this option, the Lender shall give the Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which the Borrower must pay all sums secured by this Security Instrument. If the Borrower fails to pay these sums prior to the expiration of this period, the Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on the Borrower.

4. The Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement.

Wells Fargo Custom FHA HAMP Loan Modification Agreement
10262015_258
First American Mortgage Solutions                              Page 2



5. The Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever cancelled, null and void, as of the date specified in Paragraph No. 1 above:
   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and
   (b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

6. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

7. Borrower agrees to make and execute other documents or papers as may be necessary to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

8. If included, the undersigned Borrower(s) acknowledges receipt and acceptance of the Notice of Special Flood Hazard disclosure

In Witness Whereof, I have executed this Agreement.

_____     1-25-2016
ANDRE WATKINS                                          Date

_____     Jan 25, 2016
ANNIE E PETERS *signing solely to acknowledge this Agreement, but not to incur any personal    Date
liability for the debt

_____ [Space Below This Line for Acknowledgments] _____

State of __GA__
County of __Dekalb__ ss.

Signed, sealed and delivered on this 25th day of January, 2016 in the presence of:

_____     __S. Campbell_____
Unofficial Witness                     Notary Public, state of Georgia

                                       __S. Campbell_____
                                       Printed Name

Document Prepared By                   __06/25/2018_____
PHYLICIA CLYBURN                       My Commission Expires
WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD, MAC# X7801-03K
FORT MILL, SC 29715



Wells Fargo Custom FHA HAMP Loan Modification Agreement           708
10262015_258
First American Mortgage Solutions              Page 4

In Witness Whereof, the Lender have executed this Agreement.

WELLS FARGO BANK, N.A.

By _____  4/5/16          Charles Thomas Grafsgaard Cowdery
      (print name)                            Vice President Loan Documentation
      (title)                                                           Date

_____ 04/5/16                       _____ 04/05/16
       Witness                                        Witness

Jessica Gadea Sanchez                         Teta Gurmessa
Witness – Printed Name                        Witness – Printed Name

_____ [Space Below This Line for Acknowledgments] _____

**LENDER ACKNOWLEDGMENT**

STATE OF  Minnesota          COUNTY OF  Dakota

The instrument was acknowledged before me this  4/5/16  by
Charles Thomas Grafsgaard Cowdery,                                    the
Vice President Loan Documentation    of   WELLS   FARGO   BANK, N.A.,
a  Vice President Loan Documentation  , on behalf of said company.

_____
Notary Public

GRISCELDA RUIZ ESPINOZA
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1/31/20

Printed Name:  Griscelda Ruiz Espinoza
My commission expires:  1/31/20

THIS DOCUMENT WAS PREPARED BY:
PHYLICIA CLYBURN
WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD, MAC# X7801-03K
FORT MILL, SC 29715

## EXHIBIT A

BORROWER(S): ANDRE WATKINS AND ANNE E PETERS

LOAN NUMBER: (scan barcode)

LEGAL DESCRIPTION:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 1256 OF THE 2ND DISTRICT, FULTON COUNTY, GEORGIA, BEING LOT 44, UNIT FIVE, WEDGEWOOD SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 176, PAGE 142, FULTON COUNTY RECORDS, SAID PLAT BEING INCORPORATED HEREIN BY REFERENCE THERETO.

ALSO KNOWN AS: 230 BLUE HERON LANE, ALPHARETTA, GEORGIA 30009

Wells Fargo Custom FHA HAMP Loan Modification Agreement
10262015_258
First American Mortgage Solutions                              Page 6

708

## Addendum

This Addendum is made a part of that Loan Modification Agreement entered into between **WELLS FARGO BANK, N.A.** (the "Lender") and **ANDRE WATKINS AND ANNE E PETERS** (the "Borrower") dated **DECEMBER 4, 2015** the "Loan Modification Agreement").

Notwithstanding anything to the contrary contained in the Loan Modification Agreement, the parties hereto acknowledge the effect of a discharge in bankruptcy that may have been granted to the Borrower prior to the execution hereof and that the Lender may not pursue the Borrower for personal liability. However, the parties acknowledge that the Lender retains certain rights, including but not limited to the right to foreclose its lien under appropriate circumstances. The parties agree that the consideration for this Agreement is the Lender's forbearance from presently exercising its rights and pursuing its remedies under the Security Instrument as a result of the Borrower's default of its obligations thereunder. Nothing herein shall be construed to be an attempt to collect against the Borrower personally or an attempt to revive personal liability.

Notwithstanding any monthly payments hereunder, Borrower understands that (1) Lender's sole recourse is the enforcement of its security interest in the Property and any action which may exist in relation to the Property itself and that (2) nothing in this Agreement revives or purports to revive any debt, or create any personal liability or obligation for a debt, that was discharged in bankruptcy.

This agreement is only valid once consent of the United States Bankruptcy Court or other applicable approval to modify this mortgage is received.

(BORROWER MUST INITIAL HERE) _AW_

Signed this __25th__ day of __January__, 20__16__.

Lender

By: 4/5/16
Name: **Charles Thomas Grafsgaard Cowdery**
**Vice President Loan Documentation**

Borrower

ANDRE WATKINS

ANNE E PETERS

[Notary seal: S CAMPBELL, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES JUNE 25, 2018]

Wells Fargo Custom FHA HAMP Loan Modification Agreement
10262015_258
First American Mortgage Solutions                    Page 7

708

Date: **DECEMBER 4, 2015**
Loan Number: (scan barcode)
Lender: **WELLS FARGO BANK, N.A.**
Borrower: **ANDRE WATKINS, ANNE E PETERS**
Property Address: **230 BLUE HERON LANE, ALPHARETTA, GEORGIA 30009**

## NOTICE OF NO ORAL AGREEMENTS

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**

**THERE ARE NO ORAL AGREEMENTS BETWEEN THE PARTIES.**

**Receipt of Notice.** The undersigned hereby admit to having each received and read a copy of this Notice on or before execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

_/s/ Andre Watkins_                                                                 1-25-2016
**ANDRE WATKINS**                                                                  Date

_/s/ Anne E. Peters_                                                                 Jan 25, 2016
**ANNE E PETERS** *signing solely to acknowledge this Agreement, but not to incur any personal liability for the    Date
debt



**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 113-64673 |
| | ) | |
| ANNE PETERS | ) | |
| | ) | |
| Debtor. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| ANNE PETERS | ) | |
| | ) | |
| | )             ) | |
| Movants, | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that **ANNE PETERS** has filed a *<u>Motion To Approve Loan Modification</u>* .

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on these pleadings in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia on **July 12th** at **10:00am.** Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75

Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: **June 17, 2016**

                  */S/ Leonard R. Medley, III*
                  Leonard R. Medley III, Esq.
                  Ga. Bar No. 500685
                  Attorney for the Movants

*Medley & Associates, LLC*
2727 Paces Ferry Rd, Bldg II Suite 1450
Atlanta, GA 30339
770-319-7592 (phone)
**Leonard@mkalaw.com**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO.  13-64673 |
| | ) | |
| ANNE PETERS | ) | |
| | ) | |
| Debtor. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| | ) |
| | ) |
| | ) |
| ANNE PETERS | ) |
| | ) |
| | )                                                    ) |
| Movants, | ) |
| v. | ) |
| | ) |
| WELLS FARGO BANK, N.A. | ) |
| | ) |
| Respondent. | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I served a copy of the foregoing **and Motion to Approve Loan Modification of** WELLS FARGO  BANK, N.A. by first class U. S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

United States Trustee
362 Richard B. Russell Building
75 Spring Street
Atlanta, GA 30303

WELLS FARGO BANK, N.A.

And by certified mail to:

Mary Ida Townson
191 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303-1740

**Corporation Service Company**
Registered Agent for PNC Bank
40 Technology Parkway South Suite 300, Ben Hill
Norcross, GA 30092

(signature(s) on following page)

Dated: **June 14, 2016**
*//s//Leonard R Medley III//s//*
Leonard R. Medley, Esq.,
Counsel for Movant
*Medley & Associates LLC*
Bldg II
2727 Paces Ferry Rd, Bldg. II Suite 1450
Atlanta, GA 30339
770-319-7592 (phone)
**Leonard@mkalaw.com**