**IT IS ORDERED as set forth below:**



**Date: September 8, 2016**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO.  13-64673 |
| | ) | |
| ANNE PETERS | ) | |
| | ) | |
| Debtor. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| ANNE PETERS | ) | |
| | ) | |
| | ) | ) |
| Movants, | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION**

ANNE PETERS (the "Movants") filed a Motion to Approve Loan Modification (The "Motion") June 17, 2016 which was set for hearing July 12, 2016 (the"Hearing").  Movant asserts that the Motion was properly served and the hearing properly noticed.  There was no opposition by any interested party at the hearing nor filed of record.  Debtors' negotiated a Loan Modification Agreement (a copy of which was attached an Exhibit A to the Motion) with respect to the Debtors' property known as 230 Blue Heron Lane , Alpharetta, Ga, 30009 ("Property").  Accordingly, it is hereby

**ORDERED that the Motion is granted.**  Movant and Respondent may consummate the Loan Modification Agreement; provided, however, that Movant shall then amend its arrearage Proof of Claim to reflect only the arrearages disbursed by the Trustee and credited to the loan prior to contemplation of the modification.

**[END OF DOCUMENT]**

Prepared by:

Counsel for Movant,

//s//Leonard R Medley//s//_____

Leonard R. Medley, Esq.
Bar Number 500685
MEDLEY & ASSOCIATES LLC
Paces West Building 2
2727 Paces Ferry Rd SE STE 1450
Atlanta GA 30339-0000
770-319-7592
leonard@mkalaw.com

No Opposition

\_\_\_\_/s/_____   *signed w/ express permission on behalf of*
K Edward Safir
Georgia Bar No.  622149
**Mary Ida Townson**
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
404-525-1110