IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-64673-MGD |
| | § | |
| ANNE PETERS, | § | |
|     Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
|     Movant | § | CONTESTED MATTER |
| | § | |
| v. | § | |
| | § | |
| ANNE PETERS, | § | |
| MARY IDA TOWNSON, Trustee, | § | |
|     Respondents | § | |

DELINQUENCY/DEFAULT MOTION OF
WELLS FARGO BANK, N.A.
SEEKING ORDER FOR RELIEF FROM STAY

COMES WELLS FARGO BANK, N.A. (hereinafter "Movant") and files this its *Delinquency/Default Motion of Movant Seeking Order for Relief from Stay* in accordance with that certain Order of Court entered on July 28, 2015 (Docket # 56), showing this Honorable Court as follows:

1.

On or about July 28, 2015, this Honorable Court entered an Order requiring the Debtor to make payments to Movant as they fall due, plus pay an additional amount so as to cure certain post-petition arrearages. A copy of said Order is attached hereto as Exhibit "A".

2.

The Debtor failed to make payments and the account, as of the date of the attached affidavit, was due for the April 1, 2017 through June 1, 2017 regular post-petition payments in the amount of $753.90 each.

3.

Pursuant to the Order, Movant sent Debtor, Counsel for Debtor and Trustee written notice to cure the delinquency. Debtor failed to sure the delinquent payments within 10 days as required by the Order. A copy of the Notice of Default sent to Debtor, Counsel for Debtor and Trustee is attached hereto as Exhibit "B".

4.

In accordance with the Order, upon default, Movant may file a motion containing specific allegations of the delinquency, a copy of the Delinquency Notice sent pursuant to the Default Paragraph and a proposed order. An affidavit setting forth the default may also be attached and such affidavit is attached hereto as Exhibit "C". Upon presentation to the Court, the Court may enter an order modifying the automatic stay without hearing.

WHEREFORE, Movant prays that this Honorable Court enter an order granting relief from stay.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
LEVINE & BLOCK, LLP

BY: /s/ Brandi R. Lesesne
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD, SUITE 100
ADDISON, TX 75001
TELEPHONE: (972) 386-5040
E-MAIL: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR Movant

# CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing *Delinquency/Default Motion of Movant Seeking Order for Relief From Stay* and *Proposed Order* via electronic means as listed on the Court's ECF noticing system or by regular first class mail by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to insure delivery upon the following:

DEBTOR:
**Anne Peters**
135 Blue Heron Lane
Alpharetta, GA 30009

TRUSTEE:
**Mary Ida Townson**
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

DEBTOR'S ATTORNEY:
**Leonard R. Medley, III**
Medley & Associates, LLC
Suite 1450
2727 Paces Ferry Road
Atlanta, GA 30339

This 28th day of June, 2017.

BARRETT DAFFIN FRAPPIER
LEVINE & BLOCK, LLP

BY: /s/ Brandi R. Lesesne
BRANDI R. LESESNE
GA NO. 141970
4004 Belt Line Road, Suite 100
Addison, TX 75001
TELEPHONE: (972) 386-5040
E-MAIL: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR Movant