UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE:** | **CASE: A13-64673-BEM** |
| ANNE PETERS | **CHAPTER 13** |
| **Debtor** | |

## Notice of Final Cure

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary Ida Townson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO BANK

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 9349 | $25,064.17 | $25,064.17 | $25,064.17 |
| Total Amount Paid by Trustee | | | | $25,064.17 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

A13-64673-BEM

# CERTIFICATE OF SERVICE

    This is to certify that I have this day served the following with a copy of the foregoing pleadin depositing same in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

ANNE PETERS
135 BLUE HERON LANE
ALPHARETTA, GA 30009

MEDLEY & ASSOCIATES, LLC
SUITE 1450
2727 PACES FERRY ROAD
Atlanta, GA 30339

WELLS FARGO BANK
AMERICA'S SVCG CO PYMT PROC
1 HOME CAMPUS MAC #X2302-04C
DES MOINES, IA  50328

WELLS FARGO BANK
ATTN: BANKRUPTCY ADMINISTRATOR/MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL, SC  29715

BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP
ATTN: ABBEY M. ULSH
15000 SURVEYOR BLVD, SUITE 100
ADDISON, TX 75001

WELLS FARGO BANK
ATTN: BANKRUPTCY ADMINISTRATOR
1000 BLUE GENTIAN ROAD
EAGAN, MN  55121

Dated: July 26, 2018                                  Respectfully submitted,

                                                      _/s/_____
                                                  Mary Ida Townson, Attorney
                                                  Standing Chapter 13 Trustee
                                                  GA Bar No. 715063
                                                  191 Peachtree Street, Suite 2200
                                                  Atlanta, GA  30303
                                                  (404) 525-1110
                                                  maryidat@atlch13tt.com